1054

No. 84–1211. NORMINTON ET AL. *v.* COURT OF APPEAL OF CALIFORNIA, SECOND APPELLATE DISTRICT. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 84–1213. CAR CARRIERS, INC., ET AL. *v.* FORD MOTOR CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 84–1232. JACKSON *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 84–1242. PUCKETT *v.* CITY OF EMMETT, IDAHO. C. A. 9th Cir. Certiorari denied.

No. 84–1243. RODGERS *v.* FISHER BODY DIVISION, GENERAL MOTORS CORP. C. A. 6th Cir. Certiorari denied.

No. 84–1245. BURKE ET AL. *v.* ATLANTIC RESEARCH CORP. ET AL. Sup. Jud. Ct. Mass. Certiorari denied.

No. 84–1264. NOVA UNIVERSITY *v.* EDUCATIONAL INSTITUTION LICENSURE COMMISSION. Ct. App. D. C. Certiorari denied.

No. 84–1269. DEWITT *v.* DEPARTMENT OF THE NAVY. C. A. Fed. Cir. Certiorari denied.

No. 84–1286. CROSSON *v.* CONLEE, EXECUTOR OF THE ESTATE OF VIA. C. A. 4th Cir. Certiorari denied.

No. 84–1323. PERRY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–1334. SNYDER *v.* OHIO STATE MEDICAL BOARD. Ct. App. Ohio, Summit County. Certiorari denied.

No. 84–5426. HATCHER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 84–5599. McQUEEN *v.* MASSEY, SUPERINTENDENT, UNION CORRECTIONAL INSTITUTION. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.